IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 09-17204-SAH |
|---|---|
| GRATE, ANGELIQUE LYNNE<br>GRATE, CLIFTON MARK | Chapter 7 |
| Debtors. | |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000003A | Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000W<br>Oklahoma City, OK 73102-7801 | $0.77 |

**TOTAL**      **$0.77**

DATED: September 14, 2010

    /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee, OBA #11235
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

| Claim 000003A, Payment 30.800000% | BANK OF AMERICA, N.A. | | CHECK NUMBER |
|---|---|---|---|
| Oklahoma Tax Commission | ROBERT A. BROWN, TRUSTEE | 32-1/1110 TX 0 | 3006 |
| Legal Division | 123 WEST 7TH AVENUE, SUITE 102 | DATE | AMOUNT |
| 120 N. Robinson, Suite 2000W | STILLWATER, OK 74074 | | |
| Oklahoma City, OK 73102-7801 | | 09/14/10 | ***********0.77 |

**1835803**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-17204 | SAH | Debtor: GRATE, ANGELIQUE LYNNE |
| | | ~~Joint Debtor: GRATE, CLIFTON MARK~~ |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Zero Dollars And 77/100*

⟨signature⟩

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊"003006⑊"  ⦂▓▓▓▓▓⦂  ▓▓▓▓1406⑊"

---

| Date: 09/14/10 | Check Number: 3006 | Amount: 0.77 |
|---|---|---|
| Case Number: 09-17204   SAH | | |
| Debtor Name: GRATE, ANGELIQUE LYNNE | | |
| SSN: ▓▓▓-▓▓-8066 | | |

| Paid To: | GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|
| Description: | Claim 000003A, Payment 30.80000%   Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000W<br>Oklahoma City, OK 73102-7801 | | |
| Bank Account Number: | ▓▓▓▓1406 | | |